UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 10-CR-60232-JIC-1

UNITED STATES OF AMERICA

v.

ROMANO PISCIOTTI,

        Defendant.

_____

**DETENTION ORDER**

      Defendant Romano Pisciotti is charged by indictment with conspiracy to suppress and eliminate competition by rigging bids and fixing prices in the United States, in violation of 15 U.S.C. § 1.  *See* (ECF No. 3).  On April 4, 2014, Defendant appeared before this Court for his initial appearance and was advised of the charges against him.  Defendant was represented at the hearing by attorney William N. Shepherd, who has filed a notice of temporary appearance in this matter.  *See* (ECF No. 11).  In addition, the Court held a hearing pursuant to 18 U.S.C. § 3142(f), to determine whether Defendant should be detained prior to trial.  The Government sought to detain Defendant on the ground of risk of flight, s*ee* 18 U.S.C. § 3142(e), and Defendant consented to pre-trial detention on this basis.  The Court nonetheless required the Government to proffer its proof of risk of flight on the record.

      Having considered the Government's proffer, the parties' respective positions, and the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant at future court proceedings.  Therefore, it is ordered that Defendant be detained prior to trial and until the conclusion thereof.

      In accordance with the provisions of 18 U.S.C. § 3142(i)(1), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. Defendant is charged with entering into a conspiracy from as early as 1999 through November 2006 to rig bids, fix prices, and allocate market shares for sales of marine hose in the United States and elsewhere.  *See* (ECF No. 3 at 2).

2. The Government contends that Defendant was an executive of marine hose manufacturer Parker ITR S.r.l. based in Veniano, Italy.  The Government further submits that Defendant has limited or no ties to the Southern District of Florida, but substantial ties to Italy and other parts of Europe.

3. The Court hereby incorporates and makes part of this Order the facts contained within the report of Pretrial Services, which also addresses Defendant's substantial ties abroad.

4. Based on the above findings of fact, combined with Defendant's stipulation as to detention, the Court finds that there are no conditions or combination of conditions that would reasonably assure the Defendant's appearance as required by 18 U.S.C. § 3142(e).

Accordingly, the Court hereby directs:

i. That Defendant be detained without bond;

ii. That Defendant be committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

iii. That Defendant be afforded reasonable opportunity for private consultation with counsel; and

iv. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Defendant may, after notice to the Government, seek reconsideration of this Order based on additional evidence that Defendant may choose to present to this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida on April 7, 2014.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc:   All Counsel of Record
      Pretrial Services
      United States Marshals