UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60232-CR-COHN-SELTZER

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

ROMANO PISCIOTTI,
        Defendant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for change of plea hearing on **Thursday, April 24, 2014 at 11:30 a.m.** before the Honorable James I. Cohn, United States District Judge, United States Courthouse, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

HONORABLE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

DATED: April 21, 2014

STEVEN M. LARIMORE
COURT ADMINISTRATOR • CLERK OF COURT

By: _____
Valerie Thompkins
Courtroom Deputy Clerk

cc:    Craig Lee, AUSA
        William Shepherd, Esq.
        U.S. Marshals
        USPO